**Joe Lee FULGHAM, Plaintiff—Appellant,**

v.

**Cathy Davis HONEYCUTT, a Suffolk Va. Probation Officer, Defendant—Appellee.**

No. 09–6607.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 20, 2009.

Decided Aug. 27, 2009.

Joe Lee Fulgham, Appellant Pro Se.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Lee Fulgham seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Fulgham v. Honeycutt,* No. 2:09–CV–00086–JBF–JEB (E.D.Va. Mar. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*